**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GARCIA ONA,<br><br>Petitioner,<br><br>v.<br><br>D. MARIN, *et al.*,<br><br>Respondents. | No.: 5:26-cv-01430-WLH-ACCV<br><br>**JUDGMENT UNDER 28 U.S.C. § 2241 [1]**<br><br>Honorable Wesley L. Hsu<br>United States District Judge |

1

**GOOD CAUSE APPEARING, IT IS ORDERED THAT**, under 8 U.S.C. § 2241, and as stipulated by the parties, judgment is entered, without requiring any further proceedings, as follows:

The Petition for Writ of Habeas Corpus is **GRANTED** in part.  Respondents are **ORDERED** to immediately release Petitioner.

Dated: April 22, 2026

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE